**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2008

---------------------------------------------------------X

In re                                                              Chapter 11

FOOD MANAGEMENT GROUP, LLC,                    Case No. 04-22880 (ASH)
KMA I, INC.,                                                  Case No. 04-22890 (ASH)
KMA II, INC.,                                                 Case No. 04-22891 (ASH)
KMA III, INC.,                                               Case No. 04-22892 (ASH)
BRONX DONUT BAKERY, INC.,                       Case No. 04-20312 (ASH)

                                                                   (Jointly Administered)

                                 Debtors.
---------------------------------------------------------X        Adversary Proceeding

MATRIX REALTY GROUP, INC.,                       Case No. 05-8636 (ASH)

                                 Defendant-Appellant,     **ORDER UPON**
                                                                   **APPLICATION OF**
                          v.                                  **MATRIX REALTY**
                                                                   **GROUP, INC. TO**
                                                                   **ENLARGE PRINCIPAL**
FOOD MANAGEMENT GROUP, LLC,                    **BRIEF AND EXTEND**
KMA I, INC., KMA II, INC., KMA III,              **TIME FOR FILING BRIEF**
INC., and BRONX DONUT BAKERY,
INC.,

                                 Plaintiffs-Appellees,    Civil Case: 08-cv-5956 (DAB)

---------------------------------------------------------X

Matrix Realty Group, Inc. ("Matrix"), the defendant-appellant in the above

appeal, having moved by letter application dated and filed on July 10, 2008 for an

order enlarging the permitted size of its principal brief from the 25 pages permitted

pursuant to Local Rule 7.1(b) to 85 pages, and extending the time in which to file its

principal brief from July 18, 2008 to August 18, 2008, and plaintiffs/debtors-appellees,

by counsel for the Trustee for Debtors Janice B. Grubin, not opposing such application

upon provision of like enlargements for appellees, ~~and sufficient grounds appearing~~

~~therefor,~~ it is hereby:

DAB 7/17/08

ORDERED, that appellant Matrix may file a principal brief not exceeding ~~85~~ 50 *pursuant to Fed. R. Bankr. P. 8010 (c)* pages; and its time in which to file such brief is extended to and including August 18, 2008;

ORDERED, that appellees may file an opposing brief not exceeding ~~85~~ 50 pages, and their time in which to file such brief is extended to and including the date that is 45 days (or the first weekday thereafter) following the filing of Matrix's principal brief; and

*which shall not exceed 25 pages, pursuant to Fed. R. Bankr. P. 8010 (c),*

ORDERED, that Matrix will not seek to enlarge its reply brief and, in the event it seeks to extend the time in which to file a reply brief, such time shall not exceed ten (10) days more than the time provided by the applicable rules.

Dated: *July 17, 2008*

*Deborah A. Batts*

United States District Court Judge

TO:    David Lazer, Esq.
       Lazer, Aptheker, Rosella & Yedid, P.C.
       Appellant Counsel for Appellant
       225 Old Country Road
       Melville, New York 11747
       (631) 761-0800
       lazer@larypc.com

       Warren T. Pratt, Esq.
       Drinker Biddle & Reath LLP
       Attorneys for Appellees
       1100 N. Market Street, Suite 1000
       Wilmington, DE  19801-1254
       (302) 467-4224
       warren.pratt@dbr.com