```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re*

FOOD MANAGEMENT GROUP, LLC, *et al.*

---

MATRIX REALTY GROUP, INC.,

                Appellant,

         - against -

JANICE B. GRUBIN, in her capacity
as Chapter 11 Trustee for Debtors
FOOD MANAGEMENT GROUP, LLC,
KMA I, INC., KMA II, INC., KMA III, INC.,
and BRONX DONUT BAKERY, INC.,

                Appellee.

---

Chapter 11

Case No. 04-22880 (ASH)

(Jointly Administered)

Civil Case: 08-cv-05956-DAB

On Appeal from the United States
Bankruptcy Court for the Southern District
of New York, Case No. 05-A-08636-ASH

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Janice B. Grubin, attorney for Janice B. Grubin, Chapter 11 Trustee for Debtors Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> WARREN T. PRATT
> DRINKER BIDDLE & REATH LLP
> 1100 N. MARKET STREET, SUITE 1000
> WILMINGTON, DELAWARE 19801-1254
> (302) 467-4224
> (302) 467-4201

is admitted to practice pro hac vice as counsel for Appellee Janice B. Grubin, Chapter 11 Trustee, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       July 31, 2008

                                      *Deborah A. Batts*
                                  United States District Judge

CH01/ 25175226.1