UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

FOOD MANAGEMENT GROUP, LLC, *et al*.

    Debtors
---------------------------------------------------------x
MATRIX REALTY GROUP, INC.

    Defendant / Appellant

    v.                              Civil No. 08-5956 (DAB)

FOOD MANAGEMENT GROUP, LLC, *et al*.

    Plaintiffs / Appellees
---------------------------------------------------------x

## NOTICE RE DUE DATE FOR APPELLEES' BRIEF

Pursuant to the Court's Order dated July 17, 2008 (Docket No. 3), Appellees' brief is due 45 days following the filing of Appellant's principal brief. Appellant filed its principal brief on August 18, 2008 (Docket No. 7). Appellees' brief is therefore due on October 2, 2008.

The ECF entry at Docket No. 7 states that Appellees' brief is due by September 5, 2008, but that entry is incorrect. Appellees' brief will be filed by October 2, 2008, as permitted by the Court's July 17, 2008 Order.

Dated: September 4, 2008        Respectfully submitted,

                                          */s/ Warren T. Pratt*

                                          Warren T. Pratt
                                          Drinker Biddle & Reath LLP
                                          1100 N. Market Street, Suite 1000
                                          Wilmington, DE 19801-1254
                                          Telephone: 302-467-4224

                                          Counsel for Appellee Janice B. Grubin, Trustee

cc: David Lazer (by e-mail)

WM01/ 108565.1